**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1482

KATHY PINKNEY,

Plaintiff - Appellant,

versus

WILLISTON RESCUE SQUAD,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  Matthew J. Perry, Jr., Senior District Judge.  (CA-03-4194-1)

Submitted:  July 15, 2004          Decided:  July 20, 2004

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kathy Pinkney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kathy Pinkney appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her wrongful death suit for lack of diversity jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pinkney v. Williston Rescue Squad, No. CA-03-4194-1 (D.S.C. Mar. 29, 2004). We deny the motion to transfer the case to the appropriate court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED